# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KAREEM DACAR GAYMON,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Case No. 2:22-cv-1158-LCB-SGC |
| | ) |
| **SHELBY COUNTY SHERIFF,** | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

Kareem Dacar Gaymon, a state-court pretrial detainee, brings this suit under 28 U.S.C. § 2241. (Doc. 1 at 1). In short, he seeks a writ of habeas corpus dismissing the charges pending against him in state court, alleging that he has been awaiting trial since 2016 in violation of the Speedy Trial Clause of the Sixth Amendment to the United States Constitution. *Id.* at 1–2, 7, 9. United States Magistrate Judge Staci G. Cornelius now recommends that Gaymon's petition be dismissed without prejudice for failure to exhaust his state-court remedies. (Doc. 7 at 6). Gaymon, for his part, does not object to the recommendation.[1]

Having reviewed and considered de novo the record as a whole, the Court finds that Gaymon fails to allege that he exhausted or attempted to exhaust his state-

---

[1] Instead, Gaymon requests the appropriate form for challenging his pretrial detention in state court. (Doc. 8 at 1). This Court does not maintain any state-court forms.

court remedies before filing this action. The Court thus **ADOPTS** Judge Cornelius's recommendation (Doc. 7) and **DISMISSES** Gaymon's petition without prejudice. The Clerk of Court shall close this case.

    **DONE** and **ORDERED** November 30, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE